**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HAROLD L. KELLER,**

      **Plaintiff,**

**-vs-**                    Case No. 6:06-cv-887-Orl-31JGG

**CINDY S. BEUCHLER n/k/a Cindy Halloran,**

      **Defendant.**
_____

## ORDER

  Plaintiff, Harold Keller ("Keller") filed a three-count complaint on June 29, 2006 against Cindy Beuchler n/k/a Cindy Halloran ("Halloran"), his former romantic partner (Doc. 1). The dispute involves ownership of a $100,000 life insurance policy purchased in 1989 upon the life of Keller, in which Halloran was the owner and beneficiary. After the parties broke off their relationship in 1997, Plaintiff sough to have the ownership of the policy to him. Defendant declined and this lawsuit followed.

  Jurisdiction of this action is founded on diversity of citizenship. On October 27, 2006, Halloran moved to dismiss for lack of subject matter jurisdiction, contending that the amount in dispute is less than the $75,000 jurisdictional threshold (Doc. 18). Keller filed a memorandum in opposition to the Motion (Doc. 25).

  Attached to Plaintiff's Complaint is the 2005 Annual Statement from the Lincoln National Life Insurance Company, which sets forth the policy values as of September 27, 2005. The statement reflects a net cash value of $48,089.00 and a net death benefit of $135,581. A life

insurance policy is worth the death benefit only upon the insured's death. Prior thereto, its value is equal to the net cash value. Here, the net cash value is substantially less than the jurisdictional requirement under 28 U.S.C. section 1332(a). Accordingly, this Court lacks subject matter jurisdiction over this dispute, and it is

**ORDERED** that Defendant's Motion is GRANTED. This case is dismissed for lack of subject matter jurisdiction. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party